**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Finch Research and Development LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **Crestovo LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4489205** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **75 State Street**<br>**Suite 100**<br>**Boston, MA 02109**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Suffolk**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **http://www.finchtherapeutics.com** |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Finch Research and Development LLC**                    Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____**3254**_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor    **Finch Research and Development LLC**                    Case number (*if known*) _____
          Name

List all cases. If more than 1,        Debtor    **See Attached List**              Relationship    _____
attach a separate list

          District _____    When _____    Case number, if known _____

---

**11.  Why is the case filed in**    *Check all that apply:*
      *this district?*

      ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
           preceding the date of this petition or for a longer part of such 180 days than in any other district.

      ■    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**    ■ No
      **have possession of any**
      **real property or personal**    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **property that needs**
      **immediate attention?**               **Why does the property need immediate attention?** (*Check all that apply.*)

                                            ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                               What is the hazard? _____

                                            ☐ It needs to be physically secured or protected from the weather.

                                            ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                               livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                            ☐ Other _____

                                            **Where is the property?** _____

                                                                       Number, Street, City, State & ZIP Code

                                            **Is the property insured?**

                                            ☐ No

                                            ☐ Yes.    Insurance agency    _____

                                                      Contact name        _____

                                                      Phone               _____

---

**⬛  Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
      **available funds**
                                   ■ Funds will be available for distribution to unsecured creditors.

                                   ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**    ■ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
      **creditors**             ☐ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
                                ☐ 100-199           ☐ 10,001-25,000      ☐ More than100,000
                                ☐ 200-999

---

**15.  Estimated Assets**    ■ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                             ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                             ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                             ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16.  Estimated liabilities**    ■ $0 - $50,000             ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                  ☐  $50,001 - $100,000      ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 3

Debtor    **Finch Research and Development LLC**                    Case number (*if known*) _____
Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 22, 2026**
                MM / DD / YYYY

X    */s/ Matthew P. Blischak*                    **Matthew P. Blischak**
     Signature of authorized representative of debtor        Printed name

Title    **President and Secretary**

**18. Signature of attorney**

X    */s/ Robert A. Weber*                    Date    **March 22, 2026**
     Signature of attorney for debtor                    MM / DD / YYYY

**Robert A. Weber**
Printed name

**Chipman Brown Cicero & Cole, LLP**
Firm name

**Hercules Plaza**
**1313 North Market Street, Suite 5400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 295-0191**    Email address    **weber@chipmanbrown.com**

**4013 DE**
Bar number and State

## SCHEDULE 1 — AFFILIATED DEBTORS

The following list identifies all of the affiliated entities, including the Debtor filing this petition, that have filed voluntary petitions for relief in this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, substantially contemporaneously with the filing of this petition.

|  | DEBTOR'S NAME | DEBTOR'S EIN | STATE OF INC. |
|---|---|---|---|
| 1. | Finch Therapeutics Group, Inc. | 82-3433558 | Delaware |
| 2. | Finch Therapeutics, Inc. | 47-2453711 | Delaware |
| 3. | Finch Therapeutics Holdings, LLC | 82-1670727 | Delaware |
| 4. | Finch Research and Development LLC | 47-4489205 | Delaware |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Finch Therapeutics Group Inc., *et al.,*** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Hood Park LLC 6 Kimball Lane Lynnfield, MA 01940** | **Maria Fabbo** mfabbo@catamoun tmanagement.com 617-6607407 | **Landlord** | | | | **$2,757,541.92** |
| **Morgan Lewis & Bockius LLP 2222 Market Street Philadelphia, PA 19103-3007** | **Sara Egan** sara.egan@morgan lewis.com 215-963-5331 | **Professional Services** | | | | **$850.05** |
| **Anderson & Kreiger, LLP 50 Milk Street, 21st Floor Boston, MA 02109** | **Renita Norris** norris@andersonkr eiger.com 617-621-6500 | **Professional Services** | | | | **$755.00** |
| **Blu Planet Supply LLC 29 Sawyer Rd Waltham, MA 02453-3427** | **Vince Wong** sperdomo@blupla netsupply.com 781-647-5672 | **Trade Creditors, Payables and Accrued Liabilities** | | | | **$76.64** |
| **Blue Mantis Inc. 2 International Drive Ste. 260 Portsmouth, NH 03801-6810** | **James Ranne** billing@bluemantis .com 207-475-1656 | **Trade Creditors, Payables and Accrued Liabilities** | | | | **$68.05** |
| **Iron Mountain 1101 Enterprise Drive Royersford, PA 19468** | **Taiyaba Begum** Taiyaba.Begum@ir onmountain.com 215-392-0891 | **Trade Creditors, Payables and Accrued Liabilities** | | | | **$39.95** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Finch Therapeutics Group, Inc., *et al.*,[1] | Case No. 26-xxxxx (XXX) |
| Debtors. | (*Joint Administration Requested*) |

**DEBTORS' CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO
FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the above-captioned debtor and its debtor affiliates, as debtors and debtors in possession (each, a "**Debtor**" and, collectively, the "**Debtors**"), to the best of their knowledge, information, and belief, hereto state as follows:

1.      Finch Therapeutics Group, Inc. is 24.7154% owned by Crestovo Investor LLC.  No other parent corporation or publicly held corporation owns 10% or more of Finch Therapeutics Group, Inc.'s stock.

2.      Finch Therapeutics Group, Inc. owns one hundred percent (100%) of Debtor Finch Therapeutics Inc.

3.      Finch Therapeutics Group, Inc. owns one hundred percent (100%) of Debtor Finch Therapeutics Holdings LLC.

4.      Finch Therapeutics Holdings LLC owns one hundred percent (100%) of Debtor Finch Research and Development LLC.

5.      A list of Finch Therapeutics, Group, Inc.'s known equity interest holders and the nature of their equity interests is attached hereto as **Exhibit A**.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  Finch Therapeutics Group, Inc. (3558); Finch Therapeutics, Inc. (3711); Finch Therapeutics Holdings LLC (0727); and Finch Research and Development LLC (9205).  The Debtors' service address is 75 State Street, Suite 100, Boston, MA 02109.

## EXHIBIT A

### LIST OF FINCH THERAPEUTICS GROUP, INC.'S KNOWN EQUITY INTEREST HOLDERS

| Name of Interest Holder | Interest Held | Number of Shares Owned | Percentage of Interests Held |
|---|---|---|---|
| Ada Huang | Common Stock | 15 | 0.0009% |
| Aislinn Rowan-Nash | Common Stock | 10 | 0.0006% |
| Alejandro Zuniga | Common Stock | 46 | 0.0029% |
| Alex Scheeler | Common Stock | 21 | 0.0013% |
| Arcos Ventures SPV LLC | Common Stock | 7,096 | 0.4419% |
| Ben Ngai | Common Stock | 23 | 0.0014% |
| Bharat Ramakrishna | Common Stock | 94 | 0.0059% |
| Brian Miglionico | Common Stock | 349 | 0.0217% |
| Brian Yang | Common Stock | 6 | 0.0004% |
| Brittney McKittrick | Common Stock | 133 | 0.0083% |
| Cheryl Boehler | Common Stock | 10 | 0.0006% |
| Claire Anderson | Common Stock | 16 | 0.0010% |

2

| Name of Interest Holder | Interest Held | Number of Shares Owned | Percentage of Interests Held |
|---|---|---|---|
| Crestovo Investor LLC | Common Stock | 396,871 | 24.7154% |
| Crystal Chen | Common Stock | 97 | 0.0060% |
| Deberly Kauffman | Common Stock | 257 | 0.0160% |
| Derek Gumuchian | Common Stock | 53 | 0.0033% |
| Elyse Skenderian | Common Stock | 25 | 0.0016% |
| Emily Sansevere | Common Stock | 24 | 0.0015% |
| Eva De La Serna | Common Stock | 80 | 0.0050% |
| Gabriella Linville-Engler | Common Stock | 19 | 0.0012% |
| Great Point Capital LLC | Common Stock | 120,226 | 7.4871 % |
| Harriette Carrington | Common Stock | 26 | 0.0016% |
| Indrani Nandi | Common Stock | 12 | 0.0007% |
| Irina Koroleva | Common Stock | 296 | 0.0184% |
| Jacob Dixon | Common Stock | 19 | 0.0012% |
| Jessica Pierce | Common Stock | 101 | 0.0063% |
| Jimmy Vo | Common Stock | 33 | 0.0021% |
| John Grossman | Common Stock | 72 | 0.0045% |
| Jon Taie | Common Stock | 15 | 0.0009% |

| Name of Interest Holder | Interest Held | Number of Shared Owned | Percentage of Interests Held |
|---|---|---|---|
| Jonathan Barr | Common Stock | 206 | 0.0128% |
| Joseph Maxwell | Common Stock | 263 | 0.0164% |
| Karl Yoder | Common Stock | 515 | 0.0321% |
| Kelly Ling | Common Stock | 78 | 0.0049% |
| Kirk Lau | Common Stock | 18 | 0.0011% |
| M3 Ventures - Finch LLC | Common Stock | 5,764 | 0.3590% |
| Majdi Osman | Common Stock | 128 | 0.0080% |
| Mansa Shroff | Common Stock | 14 | 0.0009% |
| Mariia Yelizarova | Common Stock | 10 | 0.0006% |
| Matthew Mcpherron | Common Stock | 383 | 0.0239% |
| Matthew Sanders | Common Stock | 703 | 0.0438% |
| Melissa Mahoney | Common Stock | 10 | 0.0006% |
| Michael Hoffert | Common Stock | 23 | 0.0014% |
| Nancy Dubois | Common Stock | 54 | 0.0034% |
| Natalia Outkina | Common Stock | 167 | 0.0104% |
| Neil E Rasmussen 2007 Revocable Trust | Common Stock | 17,858 | 1.1121% |
| Neil E Rasmussen 2010 Revocable Trust | Common Stock | 9,142 | 0.5693% |

| Name of Interest Holder | Interest Held | Number of Shared Owned | Percentage of Interests Held |
|---|---|---|---|
| Pooja Pai | Common Stock | 29 | 0.0018% |
| Renae Irving | Common Stock | 9 | 0.0006% |
| Robert Kankus | Common Stock | 23 | 0.0014% |
| Sara Bither | Common Stock | 21 | 0.0013% |
| Sarah Alley | Common Stock | 52 | 0.0032% |
| Shevon Walker | Common Stock | 7 | 0.0004% |
| Steven Smriga | Common Stock | 29 | 0.0018% |
| Symbiosis LLC | Common Stock | 160,366 | 9.9869% |
| Tara Lambert | Common Stock | 21 | 0.0013% |
| The Domenic J Ferrante 2006 Investment Trust | Common Stock | 17,775 | 1.1070% |
| Thomas Smith | Common Stock | 38 | 0.0024% |
| Tyler Redman | Common Stock | 12 | 0.0007% |
| Wyatt Hackett | Common Stock | 6 | 0.0004% |
| Yu Yang | Common Stock | 56 | 0.0035% |
| Yuting Zeng | Common Stock | 38 | 0.0024% |

5

**Fill in this information to identify the case:**

Debtor name **Finch Research and Development LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration   **Debtors' Consolidated Corporate Ownership Statement and List of Equity Interest Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 22, 2026**          X  */s/ Matthew P. Blischak*
                                              Signature of individual signing on behalf of debtor

                                              **Matthew P. Blischak**
                                              Printed name

                                              **President and Secretary**
                                              Position or relationship to debtor